IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  04-cv-01778-ZLW-BNB

DALE HUFFMAN,

    Plaintiff,

v.

WESTMORELAND COAL COMPANY, a Delaware corporation,

    Defendant.

_____

MINUTE ORDER
_____

ORDER ENTERED BY JUDGE ZITA L. WEINSHIENK

Joan E. Boline, Judicial Assistant

Dated: July   19  , 2005


    It is ORDERED that, for good cause shown and to avoid injustice, Plaintiff's Motion To Amend First Amended Complaint is granted over objection, and the Second Amended Complaint is accepted for filing as of the date of this Minute Order.