IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  04-cv-1778-ZLW-BNB

DALE HUFFMAN,

      Plaintiff,

v.

WESTMORELAND COAL COMPANY, a Delaware
corporation,

      Defendant.

---

## ORDER

---

The matter before the Court is Plaintiff Dale Huffman's Motion For

Reconsideration.  Plaintiff moves for reconsideration of the Court's December 23, 2005,

Order awarding certain fees and costs to Defendant, based on alleged manifest

injustice and clear legal error.[1]  However, Plaintiff's motion for reconsideration simply

restates the arguments presented to the Court on the underlying motion, which the

Court addressed and rejected in the December 23, 2005, Order.  Because Plaintiff has

failed to set forth any new grounds warranting reversal of the Court's prior decision,

Plaintiff's motion for reconsideration properly is denied.[2]  Accordingly, it is

---

[1] See Shields v. Shetler, 120 F.R.D. 123, 126 (D. Colo. 1988) (courts recognize "the need to correct clear error or prevent manifest injustice" as grounds for reconsideration).

[2] See id.; see also Van Skiver v. U.S., 952 F.2d 1241, 1243 (10th Cir. 1991).

ORDERED that Plaintiff Dale Huffman's Motion For Reconsideration (Doc. # 54) is denied.

DATED at Denver, Colorado, this __10__ day of January, 2006.

BY THE COURT:

_____

ZITA L. WEINSHIENK,  Senior Judge
United States District Court